IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HUBERT CALVIN CUMMINGS, <br> AIS # 164165, <br><br> Petitioner, <br><br> v. <br><br> KENNETH JONES, *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:12-CV-89-TMH <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On February 14, 2014, the Magistrate Judge entered a Recommendation (Doc. # 17) that the petition for habeas corpus relief be denied. No timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation is ADOPTED;

2. The petition for habeas corpus relief is DENIED; and

3. This case is DISMISSED pursuant to 28 U.S.C. § 2244(d).

A separate final judgment will be entered.

DONE this 21st day of March, 2014.

                                                  /s/ W. Keith Watkins
                                     CHIEF UNITED STATES DISTRICT JUDGE